UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

UNITED STATES

   -v-                                          No.   23-CR-407-LTS-2

SAMUEL BAUTISTA,

       Defendant.

----------------------------------------------------------x

## ORDER

The Court has received a letter from defendant Samuel Bautista, dated January 31, 2025, requesting a change of counsel hearing.  The Clerk of Court is directed to file the letter under seal, as the letter discusses privileged communications between Mr. Bautista and his counsel.  A copy of the letter will be provided to his current counsel.

A change of counsel hearing has been scheduled in this case for February 11, 2025, at 10:30 AM.  (See docket entry no. 51.)

SO ORDERED.

Dated: New York, New York
      February 7, 2025

                                   /s/ Laura Taylor Swain
                                 LAURA TAYLOR SWAIN
                                 Chief United States District Judge