UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

      -v-                                                                                                      No. 23CR407-LTS

SAMUEL BAUTISTA (2),

                Defendant.

-------------------------------------------------------------X

**ORDER**

      Christine Delince, Esq. and John A. Diaz, Esq., are relieved as CJA counsel for the defendant. Richard Ma, Esq., is now appointed as CJA counsel for the defendant in the above-captioned matter.

      SO ORDERED.

Dated: New York, New York
          February 11, 2025

                                                                     /s/ *Laura Taylor Swain*
                                                                     LAURA TAYLOR SWAIN
                                                                     United States District Judge