UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES

  -v-                                                                                                        No.   23-CR-407-LTS-2

SAMUEL BAUTISTA,

        Defendant.

-------------------------------------------------------x

## ORDER

        The Court has received an ex parte request from defense counsel for Defendant Samuel Bautista to so-order subpoenas pursuant to Federal Rule of Criminal Procedure 17(c). Because this submission concerns defense strategy, the submission will be filed under seal.

        The request is, however, denied because it is not accompanied by a sufficient justification for the relief requested. Should Mr. Bautista wish to renew the request for a subpoena, such application must be made with supporting justification, in accordance with the relevant standard governing pretrial production under Rule 17(c). See United States v. Nixon, 418 U.S. 683, 698-700 (1974) (citing United States v. Iozia, 13 F.R.D. 335, 338 (S.D.N.Y. 1952)).

        SO ORDERED.

Dated: New York, New York
       September 5, 2025

                                                        /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                      Chief United States District Judge