**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA,

        -against-

SAMUEL BAUTISTA,

        Defendant.

------------------------------------x

        ORDER

    23 Crim. 00407-2 (GBD)

GEORGE B. DANIELS, United States District Judge:

The conference previously scheduled for June 18, 2026, is rescheduled to Tuesday, June 16, 2026, at 11 a.m.

Dated:  June 2, 2026
        New York, New York

SO ORDERED.

_George B. Daniel_

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE