**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,

    -against-

SAMUEL BAUTISTA,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER

23 Crim. 407-2 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Government's motion to quash the defense subpoena issued to the Hudson County Correctional Facility ("Hudson"), as set forth in the Government's June 16, 2026 letter (ECF No. 135), is DENIED to the extent that:

(1) Hudson shall comply with the subpoena within seven (7) days of the entry of this Order.

(2) In the alternative, the Government shall review the housing and disciplinary records of CW-1 and CW-2 at Hudson for *Brady* and *Giglio* material and disclose any responsive material to the Defense. Any responsive material not produced to the Defense shall be submitted to this Court for *in camera* review.

Dated: June 25, 2026
      New York, New York

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge