UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------x

UNITED STATES OF AMERICA

v.

SAMUEL BAUTISTA,

Defendant.

---------------------------------------------------x

ORDER

S2 23 CR 407 (GBD)

IT IS HEREBY ORDERED that the Metropolitan Detention Center ("MDC") / Bureau of Prisons ("BOP") is directed to accept the following clothing for **SAMUEL BAUTISTA (Reg. No. 69771-054)**, to wear at his trial, commencing with jury selection on Monday, July 13, 2026, and continuing for approximately three weeks to completion.

**4 pairs of dress slacks;**

**8 collared shirts;**

**2 suit jackets;**

**12 pairs of socks; and**

**2 pair of shoes.**

Dated: New York, New York
July 8, 2026

**SO ORDERED.**

George B. Daniels

Honorable George B. Daniels
United States District Judge