# RICHARD J. MA, ESQ.
20 Vesey Street, Suite 400
New York, New York 10007
Tel. (212) 431-6938
Fax. (212) 964-2926
E-mail: richardma@maparklaw.com


October 30, 2026

The schedule is approved. Sentencing is adjourned until March 2, 2027 at 9:30 A.M.

SO ORDERED:

George B. Daniels, U.S.D.J.

Dated: NOV 0 4 2026

***Via ECF and E-Mail***
Honorable George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Samuel Bautista*
23 Cr. 407 (LTS)

Dear Judge Daniels:

As Your Honor is aware, I am counsel to Mr. Samuel Bautista in the above-referenced matter, appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. This correspondence is submitted on behalf of the parties to respectfully propose a motion schedule for post-trial motions and to request an adjournment of sentencing.

Sentencing in this matter is currently scheduled for December 2, 2026. However, no motion schedule was set for the defendant's post-trial motions (which were previously submitted on September 11, 2026; *see* ECF #175). Thus, the parties have conferred and propose the following schedule for the Court's approval:

- Government's Response to be submitted on or before November 20, 2026;
- Defense Reply by December 18, 2026;
- Date for Decision at Court's discretion; and
- Sentencing (if necessary) on March 5, 2027, or any day in the week of March 1, 2027, that is convenient to the Court.

I note that our request for a sentencing in the week of March 1, 2027, is based in part on the need for a resolution of the defendant's post-trial motions, as well as the defense's need for additional time to prepare its sentencing submission.

I thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Richard J. Ma

Richard J. Ma, Esq.
Anthony Cecutti, Esq.
Kestine Thiele, Esq.
Counsel to Samuel Bautista